*Mr. Harvey D. Goulder, Mr. S. H. Holding, Mr. Frank S. Masten* and *Mr. Wm. E. Church* for petitioner. *Mr. Charles E. Kremer* and *Mr. F. H. Canfield* for respondent.

---

Nos. 502 and 503. WILLIAM McCOACH, COLLECTOR, ETC., PETITIONER, *v.* THE PHILADELPHIA TRUST, SAFE DEPOSIT AND INSURANCE COMPANY, EXECUTORS, ETC., ET AL.; and No. 504. WILLIAM McCOACH, COLLECTOR, ETC., PETITIONER, *v.* GEORGE W. NORRIS ET AL., EXECUTORS, ETC. December 10, 1906. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General McReynolds* for petitioner. *Mr. H. Gordon McCouch* for respondents.

---

No. 505. THE UNITED STATES, PETITIONERS, *v.* THE MARION TRUST COMPANY, TRUSTEE, ETC. December 10, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General McReynolds* for petitioner. *Mr. E. W. Bradford* for respondent.

---

No. 466. WILLIAM SOBEY, PETITIONER, *v.* WILFORD H. HOLSCLAW. December 10, 1906. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Melville Church, Mr. George P. Fisher, Jr.,* and *Mr. James H. Peirce* for petitioner. *Mr. Edgar M. Kitchin* and *Mr. Edward T. Fenwick* for respondent. *Mr. Albert G. Davis* for the General Electric Company, filed a brief as *amicus curiæ.*